IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE AND LESA ALCORN, ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | 4:06CV392CDP |
| ) | |
| SOUTH IRON R-1 SCHOOL DISTRICT, *et al.* ) | |
| Defendants. ) | |

MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

Comes now the plaintiff identified as Jane Doe, by her attorneys, and in support of her motion for leave to proceed under a pseudonym, states:

1. Plaintiffs have filed a verified complaint for declaratory and injunctive relief herein asserting defendants invite improper religious activity into elementary public school classrooms by directing that Gideons International be allowed access to the fifth grade classroom for the purpose of distributing bibles to students.  (Doc. 1).

2. The plaintiff identified as Jane Doe requests leave of this Court to proceed under a pseudonym to shield the identity of her minor children and to avoid subjecting her children to possible harassment and retaliation she reasonably fears from the children's peers and school officials if their identity is revealed.  See *Bell v. Little Axe Ind. Sch. Dist. No. 70*, 776 F.2d 1391, 1398 (10th Cir. 1985) (plaintiffs in action challenging bible distribution received threatening phone calls, their children were called "devil-worshippers" by fellow students and were the victims of other harassment, and their "home was destroyed by a fire of suspicious

1

origin."); *Doe v. Harlan County School Dist.*, 96 F. Supp. 2d 667 (E.D. Ky. 2000) (parents of minor child who attended a public middle school permitted to proceed pseudonymously in challenging the school district's practice of hanging the Ten Commandments in classrooms; because of the public's interest in the issue, the plaintiffs could be subjected to humiliation and harassment if their identities were disclosed).

3. The use of a pseudonym is appropriate in cases challenging actions of public schools that endorse religion. See, *e.g.*, *Doe v. Madison School District No. 321*, 147 F.3d 832, 834, fn. 1. (9th Cir. 1998); *Santa Fe Independent School Dist. v. Doe*, 530 U.S. 290 (2000).

WHEREFORE the plaintiff identified as Jane Doe moves this Court for leave to proceed under a pseudonym and for such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

/s/ Anthony E. Rothert_____
ANTHONY E. ROTHERT
Legal Director
JAMES G. FELKOS
American Civil Liberties Union of Eastern Missouri
4557 Laclede Avenue
St. Louis, Missouri 63108
(314) 361-3635
FAX: (314) 361-3135

COUNSEL FOR PLAINTIFFS

                LEONARD J. FRANKEL, #3144
Frankel, Rubin, Bond, Dubin, Siegel & Klein P.C
231 S. Bemiston
Suite 1111
St. Louis, Missouri 63105
(314) 725-8000
FAX: (314) 726-5837

COOPERATING ATTORNEY FOR ACLU/EM
COUNSEL FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was delivered to the following by placing a copy of the same in the United States Mail in a properly addressed envelope with first-class postage prepaid on the 14th day of February, 2006.

SOUTH IRON R-1 SCHOOL DISTRICT,
SOUTH IRON R-1 SCHOOL DISTRICT BOARD OF DIRECTORS,
DAVID BREWER,
MIKE RUBLE,
MIKE MAYBERRY,
PAUL DAGGETT,
JEFF CASTEEL,
JIM SCAGGS,
JEFF RUBLE,
M. HOMER LEWIS, and
SHIRLEY BIESER
10 School St
Annapolis, Missouri 63620

/s/ Anthony E. Rothert