UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV392 CDP |
| ) | |
| SOUTH IRON R-1 SCHOOL ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiffs have filed a motion for temporary restraining order and/or expedited hearing and preliminary injunction. This case was filed in February, and waivers of service were sent to all defendants in March. Most defendants signed their waivers in March or April, although one defendant did not sign the waiver until last week, after plaintiffs had obtained a special process server. Defendants' answers were due in May, and all defendants are in default. Although two counsel sought admission pro hac vice today, they have not sought leave to file answers or otherwise attempted to cure the default.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for an expedited hearing is granted, and the Court will hear plaintiff's motion for temporary restraining order

or preliminary injunction on **Thursday, July 27, 2006 at 10:00 a.m. in Courtroom 14 South.**  This hearing may be converted into a hearing for a default judgment and permanent injunction if plaintiffs file appropriate motions for entry of clerk's default and for default judgment before the hearing.

**IT IS FURTHER ORDERED** that the motions of David M. Corry and Erik W. Stanley for pro hac vice admissions [#20, 21] are granted, but counsel are reminded that leave of court will be required if defendants seek to cure their default.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2006.