UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:06CV392 CDP |
| | ) |
| SOUTH IRON R-1 SCHOOL | ) |
| DISTRICT et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is set for trial on May 29, 2007, but because I extended the time for filing motions, there is not sufficient time for me to rule those motions before trial. The parties have filed a joint request to stay all pretrial deadlines and remove the case from the trial docket until the Court has ruled on their pending cross-motions for summary judgment. I will grant their request and remove the case from the trial docket. It will be reset at a later time if needed. The parties are cautioned that this does not reopen any case management deadlines that have already passed. Accordingly,

**IT IS HEREBY ORDERED** that the joint motion [#76] is granted to the extent that this case is removed from the May 29, 2007 trial docket and will be

reset at a later time. The parties' obligation to file pretrial submissions and motions in limine is suspended pending entry of the new trial date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of April, 2007.