```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

| | |
|---|---|
| JANE DOE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )   Case No. 4:06CV392 CDP |
| | ) |
| SOUTH IRON R-1 SCHOOL | ) |
| DISTRICT, et al., | ) |
| | ) |
|     Defendants. | ) |

## **MEMORANDUM AND ORDER**

I previously ruled that plaintiffs were entitled to summary judgment on plaintiffs Counts I and II, but I did not enter final judgment because other claims remained pending. Plaintiffs have now moved to dismiss their remaining claims without prejudice, and I will grant that request.

Defendants have moved to dismiss all claims of plaintiff Lesa Alcorn as moot. Plaintiffs oppose the dismissal, arguing that Alcorn continues to have standing in this case. I agree that she does continue to have standing, and so I will deny the motion to dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to dismiss Counts III and IV of their complaint without prejudice [#96] is granted.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss party plaintiff Lesa Alcorn [#97] is denied.

**IT IS FURTHER ORDERED** that plaintiffs' motion for extension of time [#99] is denied as moot.

As all claims have now been resolved, I am today entering a separate judgment and permanent injunction in accord with my earlier orders.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2008.